EDMUND S. FORKER v. THE BOARD OF TRUSTEES OF THE POLICE AND FIREMEN'S RETIREMENT SYSTEM.

September 6, 1989.

Petition for certification denied.

ALFRED A. SLOCUM, PUBLIC ADVOCATE OF NEW JERSEY v. NEW JERSEY BOARD OF EDUCATION, ET AL.

September 6, 1989.

Petition for certification granted.

STATE OF NEW JERSEY v. DOMENICO CINO.

September 6, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES SHEATS.

September 6, 1989.

Petition for certification denied.